**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6813**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KENNY MONTANA HOLTON, a/k/a K.G.,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Malcolm J. Howard, Senior District Judge.  (4:98-cr-00009-H-6)

Submitted:  September 24, 2013      Decided:  September 27, 2013

Before NIEMEYER and THACKER, Circuit Judges, HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kenny Montana Holton, Appellant Pro Se.  Jennifer P. May-Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenny Montana Holton appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582 (c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Holton, No. 4:98-cr-00009-H-6 (E.D.N.C. Mar. 27, 2013). We deny Holton's motion for clarification.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] We note that Holton has filed in the district court a new motion for reduction of sentence. The district court's ruling on that motion is not presently before the court.

2